IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CATAWBA VALLEY HEALTH SYSTEM D/B/A CATAWBA VALLEY MEDICAL CENTER, | Civil Action No. _____ |
| Plaintiff, | Jury Trial Requested |
| v. | |
| HEALTH VALUE MANAGEMENT, INC. D/B/A CHOICECARE NETWORK and HUMANA INC., | Removed from: Superior Court Division for the County of Catawba, Case No. 25 CV 1890 |
| Defendants. | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Health Value Management, Inc. d/b/a ChoiceCare Network and Humana Inc. ("Defendants" or "Humana"), hereby remove this action, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, from the General Court of Justice, Superior Court Division, Catawba County, North Carolina, to the United States District Court for the Western District of North Carolina, Statesville Division, being the district and division in which the action is pending.

I.     INTRODUCTION

Defendants remove this action on the basis of diversity. Pursuant to 28 U.S.C. § 1332(a)(1), complete diversity of citizenship exists between Plaintiff Catawba Valley Health System d/b/a Catawba Valley Medical Center ("Plaintiff" or "CVMC"); and Defendants Health Value Management, Inc. d/b/a ChoiceCare Network and Humana Inc. The amount in controversy exceeds $75,000.

## II. NATURE OF ACTION AND PROCEDURAL BACKGROUND

1. This case, styled *Catawba Valley Health System d/b/a Catawba Valley Medical Center v. Health Value Management, Inc. d/b/a ChoiceCare Network and Humana Inc.*, Case No. 25 CV 1890 (the "State Court Action"), was filed on or about June 12, 2025, in the General Court of Justice, Superior Court Division, Catawba County, North Carolina. A true and accurate copy of the Complaint is attached hereto as **Exhibit A** (hereinafter, the "Complaint"). A copy of the entire State Court file is attached hereto as **Exhibit B**.[1] The State Court file is complete as of the date of removal.

2. Plaintiffs asserted four state law claims (breach of contract, breach of the implied covenant of good faith and fair dealing, unjust enrichment, and quantum meruit), all of which have the same assertion that Defendants have allegedly not fully compensated Plaintiffs for certain outpatient drugs provided to members of federal Medicare Advantage plans sponsored by Defendants between January 1, 2018 and November 4, 2022. *See* Compl. ¶¶ 7-45.

3. Defense counsel accepted service of the Summons and Complaint on July 16, 2025. Thus, this removal has been timely filed because it is filed within thirty days of service. *See* 28 U.S.C. § 1446(b).

4. All Defendants consent to removal.

5. Defendant Health Value Management, Inc. d/b/a ChoiceCare Network is a Delaware corporation with its principal place of business in Kentucky. *See* Compl. ¶ 2.

6. Defendant Humana Inc. is a Delaware corporation with its principal place of business in Kentucky. *See* Compl. ¶ 3.

---

[1] Exhibits A-D to the Complaint were filed under seal. As such, those Exhibits are also attached to this Notice of Removal under seal.

7. Plaintiff Catawba Valley Health System d/b/a Catawba Valley Medical Center has a principal place of business in Catawba County, North Carolina, and is a North Carolina citizen. *See* Compl. ¶ 1.

8. Plaintiff alleges that damages total "at or around $1,065,000, plus interest." *See* Compl., Ex. D at 5.

### III. Legal Argument

#### A. Complete Diversity of Citizenship Exists.

9. In pertinent part, 28 U.S.C. § 1441(a) provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

10. This Court has original jurisdiction of this action pursuant to 28 U.S.C § 1332(a)(1) because complete diversity exists now, and existed at the time the Complaint was filed, between Plaintiff and Defendants.

11. Plaintiff admits it is a non-for-profit community hospital located in Hickory, North Carolina. *See* Compl. ¶ 16. Plaintiff is a North Carolina citizen.

12. Defendants are corporate entities. None of the Defendants were incorporated in North Carolina. Defendants also do not maintain their principal places of business in North Carolina. *See* Compl. ¶¶ 2-3; *see Meletiou v. Fleetpride, Inc.*, No. 3:22-CV-00666-FDW-DSC, 2023 WL 2468994, at *2 (W.D.N.C. Mar. 10, 2023) ("For purposes of diversity of citizenship, 'a corporation shall be deemed to be a citizen of every State and foreign state by which it has

been incorporated and of the State or foreign state where it has its principal place of business.'" (quoting 28 U.S.C. § 1332(c)(1)).

13. Further, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. *See* Compl., Ex. D at 5 (stating that Plaintiffs believe that damages are "at or around $1,065,000, plus interest."); *see id*., Prayer for Relief (requesting pre- and post-judgment interest). The Court has jurisdiction where the amount in controversy is the sum demanded in good faith in the initial pleading. *See Meletiou*, 2023 WL 2468994, at *2.

14. Removal of this case on the basis of diversity of citizenship is therefore proper. *See* 28 U.S.C §1332(a)(1).

### B. All Other Requirements for Removal Are Satisfied

15. Pursuant to 28 U.S.C. § 1446(d) and concurrently with the filing of this Notice of Removal, Defendants will (1) serve Plaintiffs with a copy of the Notice of Removal and (2) file a copy of the Notice of Removal with the Clerk of Superior Court of Catawba County, North Carolina in the State Court Action. A copy of the Notice of Filing of Notice of Removal that will be filed in the State Court Action is attached hereto as **Exhibit C.**

16. Defendants have not sought similar relief.

17. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

18. The United States District Court for the Western District of North Carolina, Statesville Division is the federal judicial district encompassing the General Court of Justice, Superior Court Division, Catawba County, North Carolina, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 113(c) and §1441(a).

19. The allegations of this Notice are true and correct within the jurisdiction of the United States District Court for the Western District of North Carolina, Statesville Division, and

- 4 -

Case 5:25-cv-00124-KDB-DCK    Document 1    Filed 08/14/25    Page 4 of 7

this cause is removable to the United States District Court for the Western District of North Carolina, Statesville Division.

20. If any question arises as to the propriety of removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of its position that this cause is removable.

21. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' right to assert any defense or affirmative matter.

**WHEREFORE,** Defendants file this Notice of Removal of the action, now pending in the General Court of Justice, Superior Court Division, Catawba County, North Carolina, from that court to the United States District Court for the Western District of North Carolina, Statesville Division, and respectfully request that the Court assume jurisdiction of this case as provided by law.

DATED: August 14, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Chad D. Hansen
　　　　　　　　　　　　　　　　　　　　　　Chad D. Hansen
　　　　　　　　　　　　　　　　　　　　　　N.C. Bar. No. 32713
　　　　　　　　　　　　　　　　　　　　　　Bradley A. Roehrenbeck
　　　　　　　　　　　　　　　　　　　　　　N.C. Bar No. 34180
　　　　　　　　　　　　　　　　　　　　　　KILPATRICK TOWNSEND & STOCKTON LLP
　　　　　　　　　　　　　　　　　　　　　　1001 West Fourth Street
　　　　　　　　　　　　　　　　　　　　　　Winston-Salem, NC 27101
　　　　　　　　　　　　　　　　　　　　　　Telephone: (336) 607-7308
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (336) 734-2616
　　　　　　　　　　　　　　　　　　　　　　chadhansen@ktslaw.com

　　　　　　　　　　　　　　　　　　　　　　Margaret Booz McGowan
　　　　　　　　　　　　　　　　　　　　　　N.C. Bar. No. 57779
　　　　　　　　　　　　　　　　　　　　　　SQUIRE PATTON BOGGS (US) LLP
　　　　　　　　　　　　　　　　　　　　　　2550 M Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 457-6000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 457-6315

margaret.mcgowan@squirepb.com

Kimberly J. Donovan
(*Pro hac vice* admission forthcoming)
SQUIRE PATTON BOGGS (US) LLP
200 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131
Telephone: (305) 577-7032
Facsimile: (305) 577-7001
kimberly.donovan@squirepb.com

Ima E. Nsien
(*Pro hac vice* admission forthcoming)
SQUIRE PATTON BOGGS (US) LLP 555
South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581
ima.nsien@squirepb.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025 a true and correct copy of the foregoing was filed via the Court's ECF filing system and served by electronic transmission on all counsel of record on the identified below. I further certify that a copy of this Notice of Removal will be filed with the Clerk of Superior Court of Catawba County, North Carolina.

**Burr & Forman LLP**

G. Wade Leach, III
Mason Veal
101 South Tryon Street, Suite 2610
Charlotte, NC 28280
Telephone: (704) 347-1170
Facsimile: (704) 347-4467
wleach@burr.com
mveal@burr.com

Catherine G. Kirkland
Mark B. Roberts
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
ckirkland@burr.com
mroberts@burr.com

*Counsel for Plaintiffs*

                                              */s/ Chad D. Hansen*
                                              Chad D. Hansen